# United States District Court
for the
# DISTRICT OF ALASKA

RECEIVED JUN 1 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA )
)
) Case Number: A04-008 CR (RRB)
)
vs. )
) **WARRANT FOR ARREST**
)
Angelo Taylor )

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Angelo Taylor and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with six violations of his term of supervised release.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

June 7, 2006
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ACC-E | | |
| Date Received: 6/13/06<br>Date of Arrest: 6/13/06 | Name and title of arresting officer:<br>John Olson  DUSM | Signature of arresting officer: |