

# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:    **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Angelo Taylor |
| DATE OF BIRTH: | 7/6/81 |
| CHARGE: | Supervised Release Violation |
| CASE NUMBER: | A04-008 CR |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | Already in Fed Custody |
| TIME OF ARREST: | |
| PLACE ARRESTED: | ACC-E |
| ARRESTED BY: | USMS |

REMARKS: This inmate is already in custody on a separate Supervised Release Violation with a different case number.

BOOKED IN ENGLISH:    YES __x__    NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.