MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ANGELO TISHAWN TAYLOR   CASE NO.   3:04-CR-00008-RRB
Defendant: X Present    X In Custody

BEFORE THE HONORABLE       JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

UNITED STATES ATTORNEY:     THOMAS BRADLEY FOR AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:  RICH CURTNER APPTD. FOR SUE ELLEN TATTER

U.S.P.O.:                   TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 29) Held 06/22/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:37 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
defendant: read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:     Same as above.

 X Financial Affidavit **FILED**.  Federal Public Defender accepted
appointment.  FPD notified.

 X PLEAS: Defendant DENIED Allegations 1, 2, 3, 4, 5, & 6 of the
Petition to Revoke Supervised Release.

 X Evidentiary Hearing to be scheduled with defendant's other
case in front of Judge Sedwick on **July 5, 2006 at 9:00 a.m.**

 X Defendant detained; Order of Detention Pending Trial **FILED**.

At 2:46 p.m. court adjourned.


DATE:   June 22, 2006       DEPUTY CLERK'S INITIALS:     Ce