**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>    v.    <u>ANGELO TISHAWN TAYLOR</u>

THE HONORABLE JOHN W. SEDWICK

Deputy Clerk                                        CASE NO.  <u>3:04-CR-00008-RRB</u>

<u>Elisa Singleton</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 5, 2007

        By agreement of the judges, the above-referenced case
is hereby reassigned to the Honorable John W. Sedwick for all
further proceedings.  Please use the following case number on all
future filings: 3:04-cr-00008-JWS.

[]{IQ1.WPD*Rev.12/96}