

United States Department of Justice
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:

**PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Taylor, Angelo Tishawn |
| DATE OF BIRTH: | 07/06/1981 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | 3:04-cr-008 (RRB) 3:01-CR-004 (JWS) |
| PLACE HELD: | ACC-E   JWS |
| DATE OF ARREST: | 1/30/2007 |
| TIME OF ARREST: | |
| PLACE ARRESTED: | ANCHORAGE, AK |
| ARRESTED BY: | APD OFFICER NOWAK |

REMARKS:

BOOKED IN ENGLISH:    YES __X__    NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-1390. THANK YOU.