# United States District Court
for the
# DISTRICT OF ALASKA

RECEIVED
JAN 3 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>vs. )<br>)<br>)<br>Angelo Taylor )  | Case Number: A04-008 CR (RRB)<br><br>**WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Angelo Taylor and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

redacted signature

Ralph R. Beistline  John W. Sedwick
U.S. District Court Judge

1-03-07
Date

| RETURN OF SERVICE |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at:<br><br>ANCHORAGE, AK |||
| Date Received:<br>Date of Arrest: 1/30/07 | Name and title of arresting officer:<br>K. Guinn  DUSM | Signature of arresting officer:<br>[signature] DUSM |