Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANGELO TISHAWN TAYLOR,<br><br>　　　　Defendant. | NO. 3:04-cr-00008-JWS<br><br>**NOTICE OF TERMINATION OF SERVICE** |

　　　　Rich Curtner hereby notifies the Court that he is no longer an active participant in *United States v. Angelo Tishawn Taylor*, Case No. 3:04-cr-00008-JWS, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

　　　　DATED this 31st day of January 2007.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　s/Rich Curtner
　　　　　　　　　　　　Federal Defender
　　　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　　　E-Mail:　　rich_curtner@fd.org

Certification:
I certify that on January 31, 2007,
a copy of the **Notice of Termination
of Service** was served electronically
on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner