Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ANGELO TISHAWN TAYLOR,<br><br>         Defendant. | NO. 3:04-cr-00008-JWS<br><br>**NOTICE THAT DEFENDANT ELECTS AN EVIDENTIARY HEARING BEFORE DISTRICT COURT JUDGE** |

Angelo Taylor hereby elects that the evidentiary hearing in this matter be conducted before a district court judge.

DATED this 1st day of February 2007.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:             907-646-3480
E-Mail:        kevin_mccoy@fd.org

Certification:
I certify that on February 1, 2007,
a copy of the *Notice That Defendant Elects an Evidentiary Hearing Before District Court Judge* was
served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin McCoy