Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELO TISHAWN TAYLOR,<br><br>Defendant. | NO. 3:04-cr-00008-JWS<br><br><br><br>**ENTRY OF APPEARANCE** |

Kevin McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant ANGELO TISHAWN TAYLOR in the above-captioned action.

DATED this 1st day of February 2007.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:          907-646-3400
Fax:              907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:
I certify that on February 1, 2007,
a copy of the ***Entry of Appearance***
was served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin McCoy