```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs __ANGELO TISHAWN TAYLOR__   CASE NO. __3:04-CR-00008-JWS__
Defendant: _X_ Present    _X_ In Custody

BEFORE THE HONORABLE    _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES ATTORNEY: _____AUDREY RENSCHEN_____

DEFENDANT'S ATTORNEY: _____KEVIN MCCOY, APPOINTED_____

U.S.P.O.: _____TRAVIS LYONS_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 42) Held 01/31/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:49 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name: __Same as above.__

_X_ Financial Affidavit **FILED**.  Federal Public Defender accepted appointment.  FPD notified.

_X_ Defendant DENIED Allegations __1, 2, 3, 4 & 5 of the Petition to Revoke Supervised Release.__

_X_ Consent to be filed by **February 2, 2007** or case shall be transferred to U.S. District Judge.

_X_ Defendant detained; Order of Detention Pending Trial **FILED**.

At 4:02 p.m. court adjourned.

**NOTE:** This hearing was held in conjunction with a hearing in 3:01-CR-00004-JWS.  Bench time for this proceeding was split between this case and 3:01-CR-00004-JWS.

DATE: __February 1, 2007__    DEPUTY CLERK'S INITIALS: __Ce__