Text only order - no PDF attachment