MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __ANGELO TISHAWN TAYLOR__ CASE NO.__3:04-CR-00008-JWS__
Defendant: _X_Present __X_In Custody

BEFORE THE HONORABLE:_____JOHN W. SEDWICK_____

DEPUTY CLERK/RECORDER:_____SUZANNETTE LUCERO_____

UNITED STATES' ATTORNEY:____FRANK RUSSO_____

DEFENDANT'S ATTORNEY:_____KEVIN MCCOY_____

U.S.P.O.:_____ERIC ODEGARD_____

PROCEEDINGS: STATUS CONFERENCE (EVIDENTIARY/DISPOSITION HEARING
            ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 42))
            HELD 2/26/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

Court and counsel heard re defense counsel's oral motion to
continue proceeding; **GRANTED.**

Court ordered this case and 3:01-CR-00004-JWS be reassigned to
Judge Beistline.

Defendant's detention continued.

At 9:07 a.m. court adjourned.

DATE:____February 26, 2007____ DEPUTY CLERK'S INITIALS:_____SCL_____