## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA    v.    ANGELO TISHAWN TAYLOR

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                  CASE NO.  3:04-cr-00008-JWS

 Robin M. Carter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 27, 2007

       By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable Ralph R. Beistline for all further proceedings. Please use the following case number on all future filings: 3:04-cr-00008-RRB.

[]{IQ1.WPD*Rev.12/96}