NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04–CR- 0008-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF GOVERNMENT'S** |
| | ) | **RESPONSE TO DEFENDANT'S** |
| v. | ) | **NOTICE OF INTENT TO ADMIT** |
| | ) | **BASED ON "UNDERSTANDING** |
| ANGELO TISHAWN TAYLOR, | ) | **BY THE PARTIES"** |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States, by and through its counsel, and notifies the court that the government has <u>not</u> entered into any agreement about the disposition in this case.  Contrary to the terms set forth in defendant's notice of intent to admit, the government will be seeking a total term of 18 months imprisonment, not 9 months.

Taylor's history on supervision is abominable. It includes a new crime (Escape), lying to a police officer, lying to a probation officer, trying to persuade others to lie to probation officers, and failing to cooperate in drug testing and treatment. These offenses are especially disconcerting because his initial supervision was based on a drug trafficking conviction.

As noted in the February 21, 2007, sentencing recommendation filed by U.S. Probation Officer Eric Odegard, the violations cannot be simply considered "technical" ones. "If he has nothing to hide there is no reason to lie and recruit others to lie about his residence. With regard to drug testing it is similarly troubling that he simply does not show up for his tests, which usually indicates drug use."

Taylor ought not be removed from supervision and given a minimum sentence when he repeatedly refuses to conform his conduct to societal laws and rules. Those refusals burden the community with unacceptable risk. After three years of repeated failures on supervision, Taylor has earned a lengthy incarceration. A short period of 9 months will have no deterrent effect. It will be a reward. 9 months will make Taylor's willful noncompliance with supervised release "worth it."

For those reasons, the government cannot join in the "understanding", and instead will be arguing for a sentence of at least 18 months.

RESPECTFULLY SUBMITTED THIS 1st day of March, 2007at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Audrey J. Renchen
> Assistant U. S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Rm. C-253
> Anchorage, AK  99513-7567
> Phone: (907) 271-5071
> Fax: 907-271-1500
> email: audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on March 1, 2007 a copy of the foregoing, was served, via Electronic Filing, on:
:
Kevin McCoy
Federal Public Defender


s/ Audrey J. Renschen
U.S. Attorney's Office