**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  ANGELO TISHAWN TAYLOR  </u>

DATE:  <u>  March 1, 2007  </u>  CASE NO.  <u>  3:04-cr-0008-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

A disposition hearing will be held in this matter on **Thursday, March 15, 2007,** at **10:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING