Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ANGELO T. TAYLOR,<br><br>                    Defendant. | Case No. 3:04-cr-00008-JWS<br><br>**NOTICE OF TERMINATION OF SERVICE** |

Kevin F. McCoy hereby notifies the Court that he is no longer an active participant in *United States v. Angelo T. Taylor*, Case No. 3:04-cr-0008-JWS, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

DATED this 9th day of March 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
kevin_mccoy@fd.org

Certification:
I certify that on March 9, 2007,
a copy of the **Notice of Termination
of Service** was served electronically
on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy