```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   ANGELO TISHAWN TAYLOR     CASE NO. 3:04-CR-00008-RRB
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:      RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:     SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:   AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:      SUE ELLEN TATTER

U.S.P.O.:                  TRAVIS LYONS

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 42) HELD 3/15/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:42 a.m. court convened.

 X Defendant **ADMITTED** allegations  1-5 of the Petition to Revoke
   Supervised Release (Dkt 42).

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

 X Sentence imposed as stated in the judgment.

 X Defendant remanded to the custody of the U.S. Marshal.

At 11:01 a.m. court adjourned.




DATE:      MARCH 15, 2007         DEPUTY CLERK'S INITIALS:    SCL