**RECEIVED**
MAR 2 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

ANGELO TISHAWN TAYLOR.

2nd **AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 8/05/2004)
Case Number: 3:04-CR-00008-RRB
Sue Ellen Tatter
Defendant's Attorney

Defendant's probation officer filed a petition on 1/05/2007 accusing defendant of 5 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegations 1-5 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Failed To Notify Probation Officer | 12/29/2006 | C |
| 2 | Standard | Failed To Report Termination | 12/28/2006 | C |
| 3 | Special | Failed To Show For Drug Test | 12/18/2006 | C |
| 4 | Special | Failed To Show For Drug Test | 12/20/2006 | C |
| 5 | Special | Failed To Show For Drug Test | 12/29/2006 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

MARCH 15, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

March 19, 2007
Date

AO245.REV

Defendant: ANGELO TISHAWN TAYLOR                2ND Amended Judgment--Page 2 of 3
Case No.: 3:04-CR-00008-RRB

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  195 days with credit for time served with no supervised release to follow. Sentence is consecutive with 3:01-CR-00004-RRB.

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
                        a.m.
    [_] at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

                                                      United States Marshal

                                        By _____
                                                    Deputy Marshal

Defendant: ANGELO TISHAWN TAYLOR                    2ND Amended Judgment--Page 3 of 3
Case No.:  3:04-CR-00008-RRB

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:

**There is no term of supervised release to follow.**

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV